IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRINH VINH BINH, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:21-cv-2234 |
| KING & SPALDING, LLP, REGINALD R. SMITH, and CRAIG S. MILES, | § § § § | |
| *Defendants*. | § | |

## **INDEX OF MATTERS FILED UPON REMOVAL**

The following documents appear in the file of the case styled *Trinh Vinh Binh v. King & Spalding, LLP, Reginald R. Smith, and Craig S. Miles*, Cause No. 2021- 35240, in the 80th Judicial District of Harris County, Texas (the "State Court Action"). Additional documents filed in support of the Notice of Removal are also indexed below.

| Document | Exhibit Designation |
|---|---|
| Plaintiff's Amended Petition | Exhibit 1 |
| Prepaid Forward Purchase Agreement | Exhibit 2 |
| Counsel Letter | Exhibit 3 |
| Plaintiff's Original Petition | Exhibit 4 |
| Service of Process Transmission Notices to King & Spalding, LLP, Reginald R. Smith, and Craig S. Miles[1] | Exhibit 5 |
| State Court Action Docket Sheet | Exhibit 6 |
| List of Counsel of Record | Exhibit 7 |
| Civil Cover Sheet | Exhibit 8 |

---

[1] As of the time of this filing, executed returns of service have not been filed in the State Court Action. If and when they are, Defendants will supplement these papers to include them.