## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TRINH VINH BINH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-2234 |
| | § | |
| KING & SPALDING LLP, REGINALD | § | |
| R. SMITH, and CRAIG S. MILES, | § | |
| | § | |
| *Defendants*. | § | |

### DEFENDANTS' AMENDED CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and in accordance with this Court's Order dated July 13, 2021, Defendants King & Spalding LLP, Reginald R. Smith, and Craig S. Miles file this Amended Certificate of Interested Parties.

The following persons, association of persons, firms, partnerships, corporations, affiliates, or other entities, are or may be financially interested in the outcome of this litigation:

- Trinh Vinh Binh (Plaintiff)

- King & Spalding LLP, Reginald R. Smith, and Craig S. Miles (Defendants)

- Van Buren FundingCo LLC (Non-Party)

- Although Defendants do not presently have access to all relevant facts, Defendants understand that Van Buren FundingCo LLC is directly or indirectly affiliated with non-parties Burford Capital LLC and/or Burford Capital Limited.

Defendant King & Spalding LLP has no corporate parent and is not publicly traded.

DATED:   September 21, 2021

Respectfully Submitted,

**GIBBS & BRUNS LLP**

By:     */s/ Barrett H. Reasoner*
Barrett H. Reasoner
breasoner@gibbsbruns.com
Anthony N. Kaim
akaim@gibbsbruns.com
Scott A. Humphries
shumphries@gibbsbruns.com
Caitlin Halpern
chalpern@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

**ATTORNEYS FOR DEFENDANTS
KING & SPALDING, REGINALD R. SMITH,
AND CRAIG S. MILES**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 21, 2021, a copy of the foregoing Certificate of Interested Parties was served on all counsel of record by operation of the CM/ECF filing system.

*/s/Caitlin Halpern*
Caitlin Halpern
